**DISMISS and Opinion Filed February 24, 2023**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-22-00771-CV**

**LASHONDA SMITH, Appellant**
**V.**
**ROY GONZALEZ, III, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-16-11456**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

Appellant has filed a motion for voluntary dismissal of the appeal. *See* TEX.

R. APP. P. 42.1(a)(1). We grant the motion and dismiss the appeal. *See id.*


/Robert D. Burns, III/
ROBERT D. BURNS, III
220771F.P05                     CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

LASHONDA SMITH, Appellant

No. 05-22-00771-CV          V.

ROY GONZALEZ, III, Appellee

On Appeal from the 192nd Judicial District Court, Dallas County, Texas Trial Court Cause No. DC-16-11456. Opinion delivered by Chief Justice Burns, Justices Molberg and Goldstein participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellee Roy Gonzalez, III recover his costs, if any, of this appeal from appellant Lashonda Smith.

Judgment entered February 24, 2023.